001-564-00

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| RUSSELL LARSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No:   18-01184 STA-dkv |
| ) | |
| MADISON COUNTY, TENNESSEE ) | |
| ) | |
| Defendants. ) | |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW the parties, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, and stipulate that they have fully and finally compromised and resolved all disputes between them and hereby stipulate that this action be dismissed with prejudice. Each of these parties will bear their own discretionary costs and attorney's fees, and no party will apply for, or be awarded, any such costs or fees against each other.

Respectfully submitted this 9th day of March, 2020.

Respectfully submitted,

By:   s/ Justin S. Gilbert
      Justin S. Gilbert (#017079)
      Attorney for Plaintiff
      200 W. Martin Luther King, Blvd.,
      10th Floor, Ste. 1067
      Chattanooga, TN 37402

By: s/ James Haywood, Jr.
James Haywood, Jr. (#009482)
50 Boyd Ave
PO Box 438
Brownsville, TN 38012

PENTECOST, GLENN & MAULDIN, PLLC

By: s/ James I. Pentecost
James I. Pentecost (#011640)
Haynes T. Russell (#036923)
Attorneys for Defendant
106 Stonebridge Boulevard
Jackson, Tennessee 38305
(731) 668-5995 - Telephone
(731) 668-7163 - Facsimile

By: s/ Steven W. Maroney
Steven W. Maroney (#015545)
County Attorney
425 E. Baltimore St.
Jackson, TN 38301
(731) 424-3315 – Telephone
(731) 424-3501 – Facsimile

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the foregoing document was electronically served via the Court's CM/ECF notification service upon the following counsel of record:

Justin S. Gilbert
100 W. Martin Luther King Blvd
Suite 501
Chattanooga, TN 37402

James Haywood, Jr.
HAYWOOD LAW, PLLC
50 Boyd Ave
PO Box 438
Brownsville, TN 38012

on or before the filing date thereof.

DATE: This the 9th day of March, 2020.

By: s/ James I. Pentecost
James I. Pentecost